## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIUTE PIPELINE COMPANY, a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>358.95 ACRES OF LAND, MORE OR LESS, LOCATED IN DOUGLAS COUNTY, NV *et al*,<br><br>　　　　　Defendants. | 3:10-cv-00661-LRH-RAM<br><br>ORDER RELEASING FUNDS |

　　　　In reference to Minute Order #115, before the court is Defendant Heavenly Valley Limited Partnership's Motion to Release and Distribute Funds (#105). Good cause appearing,

　　　　IT IS HEREBY ORDERED that the deposited funds shall be immediately disbursed. The Clerk of the Court shall prepare a check in the amount of fifteen thousand five hundred dollars ($15,500.00) made payable to Heavenly Valley Limited Partnership and shall mail said check to Heavenly Valley Limited Partnership, P.O. Box 2180, Stateline, Nevada 89449, Attention: Paul Pfotenhauer.

　　　　**IT IS SO ORDERED**.

　　　　DATED this 2nd day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE