UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAIUTE PIPELINE COMPANY, a Nevada Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>358.95 ACRES OF LAND, MORE OR LESS, LOCATED IN DOUGLAS COUNTY, NV *et al*,<br><br>                    Defendants. | 3:10-cv-00661-LRH-RAM<br><br>ORDER RELEASING FUNDS |

Before the court is Defendants Jack and Denise Sievers' Motion to Release and Distribute Funds (#117).  Good cause appearing,

IT IS HEREBY ORDERED that the deposited funds shall be immediately disbursed. The Clerk of the Court shall prepare a check in the amount of eighty-four hundred dollars ($8,400.00) made payable to Jack and Denise Sievers and shall mail said check to them in care of Michael K. Johnson, Rollston, Henderson, Crabb & Johnson, Ltd., P.O. Box 4848, Stateline, NV 89449.

**IT IS SO ORDERED**.

DATED this 20th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE