UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAIUTE PIPELINE COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>358.95 ACRES OF LAND, MORE OR LESS, LOCATED IN DOUGLAS COUNTY, NEVADA, et al,<br><br>Defendants. | CASE NO:<br>3:10-cv-00661-LRH-RAM<br><br>PARCEL NOS:<br><br>APN 1319-19-802-003<br>APN 1319-00-002-026<br>APN 1319-19-702-001<br>APN 1319-19-802-006<br>APN 1319-19-802-001 |

## JUDGMENT OF CONDEMNATION REGARDING DOUGLAS COUNTY ASSESSOR PARCEL NUMBERS 1319-19-802-003, 1319-00-002-026, AND 1319-19-702-001

1.    On October 22, 2010, the Plaintiff Paiute Pipeline Company ("Paiute") filed its Complaint in Eminent Domain commencing this condemnation action to acquire a perpetual easement, and in some cases temporary easements, for a natural gas transmission line on a portion of five properties located in Douglas County, Nevada, for the Paiute 2010 Expansion Project.  This Judgment of Condemnation is with regard to Douglas County Assessor Parcel Numbers 1319-19-802-003, 1319-00-002-026, and 1319-19-702-001 ("subject properties"), owned in fee by Defendant Heavenly Valley Limited Partnership ("Heavenly").

2.    On March 15, 2011, this Court entered a Judgment of Condemnation against Heavenly pursuant to a Stipulation and Order for Settlement executed between Paiute and Heavenly.  This Judgment of Condemnation is with respect to Defendants Harich Tahoe, Harich Tahoe Developments,

1

1  Clover Valley Lumber Company, Placerville Lumber Company, Tahoe Village Inc., Lake Tahoe Land

2  Company Inc., The Ridge Tahoe Property Owners Association, Douglas County Sewer Improvement

3  District No. 1, Tahoe Village Owners' Association, and Unknown Owners, named in this action as

4  required by FRCP 71.1(c)(3).

5      3.    All Defendants who have, or may have, an interest in the Property were served with the

6  Complaint and Notice of Condemnation.

7      4.    Paiute and Heavenly entered into a Stipulation and Order for Settlement, which became an

8  Order of Court on February 18, 2011. Pursuant to the terms of the Order, Judgment was entered

9  against Heavenly on March 15, 2011 (Document #107) and a Final Order of Condemnation was entered

10  on April 26, 2011 (Documents #114).

11      5.    The Defendants Ridge Tahoe Property Owners Association, Douglas County Sewer

12  Improvement District No. 1, and Tahoe Village Owners' Association filed with the Court disclaimers

13  of interest in this matter, disclaiming any entitlement to just compensation and notice of proceedings.

14      6.    The Defendants Harich Tahoe, Harich Tahoe Developments, Clover Valley Lumber

15  Company, Placerville Lumber Company, Tahoe Village, Inc. and Lake Tahoe Land Company Inc. were

16  duly served with process and failed to answer or otherwise appear, and Paiute has obtained entry of

17  default against them. Judgment by default is hereby entered against said Defendants, by which they

18  take nothing in the above-entitled matter.

19      7.    Those Defendants identified as Unknown Owners pursuant to FRCP 71.1 were duly served

20  with process by publication and have failed to appear in this matter, and Paiute has obtained entry of

21  default against them. Judgment by default is hereby entered against said Defendants, by which they

22  take nothing in the above-entitled matter.

23      8.    Now, therefore, judgment is hereby entered in favor of Paiute. Paiute is awarded the relief

24  specified in the Complaint in connection with Douglas County Assessor Parcel Numbers 1319-19-

25  802-003, 1319-00-002-026, and 1319-19-702-001. The subject property described in the Complaint

26  may be taken and condemned for the uses and purposes set forth therein; that the use for which the

27

28  //

2

property is condemned – the Paiute 2010 Expansion Project – is a public use; and that the taking in eminent domain is necessary for that public use. The property taken is described as follows:

> An easement on a portion of three parcels, totaling approximately 346.19 acres, located in Douglas County, Nevada, Assessor Parcel Numbers 1319-19-802-003, 1319-00-002-026, and 1319-19-702-001. The property is more fully described in the Grants of Easement attached as Exhibit 1 (APN 1319-19-802-003), Exhibit 2 (APN 1319-00-002-026), and Exhibit 3 (APN 1319-19-702-001).

9.     Paiute, its successors, and assigns, for use by them and their employees and contractors, hereby acquire a perpetual easement, the terms of which are contained in the Grants of Easement attached hereto as Exhibit 1 (APN 1319-19-802-003), Exhibit 2 (APN 1319-00-002-026), and Exhibit 3 (APN 1319-19-702-001), and incorporated herein.

10.     The above payment by Paiute satisfies all claims of the Defendants and constitutes a full release of all claims of the Defendants in favor of Paiute, its successors, and assigns, arising out of the events described in the pleadings herein.

11.     This judgment constitutes full compensation for the acquisition of the easement, including, but not limited to, compensation for the property interest, severance damages, pre-condemnation damages, inverse condemnation damages, temporary taking damages, interest, attorney's fees, cost of suit, and any other compensation claimed of whatever source or nature arising from this action. The above payment was made as part of the Stipulation and Order for Settlement, and cannot be construed as an admission or an opinion of the value of the property by Paiute or the Defendants.

12.     Paiute shall be entitled to, and this Court shall make, an Amended Final Order of Condemnation in the form attached hereto as Exhibit 4, which Amended Final Order of Condemnation shall describe the property rights condemned and the purposes for such condemnation and which property shall be as described in this Judgment of Condemnation, and thereupon said property rights

//

//

3

1   shall vest in Paiute for the right of access to and the right to install utilities within the area specified in

2   the easement.

3

4   DATED this 27th day of December, 2011.

5

6                                                      _____

7                                                      LARRY R.HICKS
                                                       UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**EXHIBIT 1**
**GRANT OF EASEMENT**
**APN # 1319-19-802-003**

Recording Requested By/Return To:
Paiute Pipeline Company
P. O. Box 1190
Carson City, Nevada 89702-1190
Attn: Theresa Economy 24A-581

# GRANT OF EASEMENT

APN 1319-19-802-003

I (We), HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, hereinafter referred to as GRANTOR, does hereby grant, convey, quitclaim and release unto PAIUTE PIPELINE COMPANY, a Nevada Corporation, its successors and assigns hereinafter referred to as GRANTEE, a perpetual easement for the installation of a natural gas pipeline *and maintenance of no more than two (2) pipelines together with necessary appurtenances,* across, over, under and through the following described property, to wit:

SEE ATTACHED EXHIBITS (S) "A" AND "B"

GRANTEE shall have the right of ingress and egress to and from the said easement and the right to use existing roads for the purpose of constructing, inspecting, repairing, and maintaining said pipeline or pipelines and appurtenances and the removal or replacement of same, in whole or in part, at will. GRANTEE shall, to the extent possible, utilize existing roads to access said easement.

Except in emergency circumstances, and to the extent practicable, GRANTEE will attempt to minimize any impact to GRANTOR that may be associated with GRANTEE's work within the easement.

GRANTOR agrees that no buildings, structures, fences or trees shall be placed upon, over or under said parcel of land, except for street, road or driveway purposes, which GRANTOR agrees shall not interfere with GRANTEE'S exercise of the rights herein granted. GRANTEE agrees to work with due care in the exercise of its rights on the property and to restore it to reasonably the same condition which existed before the work was performed.

Except as provided above, GRANTEE agrees to pay all direct damages which are caused by the Grantee's exercise of the rights herein granted.

The undersigned hereby affirms that there is no Social Security Number contained in this document submitted for recording.

TO HAVE AND TO HOLD said easement unto GRANTEE, its successors and assigns, together with all rights granted hereby.

IN WITNESS WHEREOF, the duly authorized representative of the undersigned as executed this Grant of Easement this _22nd_ of _February_, 20 _11_.

HEAVENLY VALLEY, LIMITED PARTNERSHIP
by VR Heavenly, Inc., its general partner

By: _Fiona E. Arnold_

Its: _Sr. Vice President, GC and Assistant Secretary_

## ACKNOWLEDGMENT

STATE OF _Colorado_ )
COUNTY OF _Broomfield_ )

On _February 22, 2011_, before me, _Joanne L. Kitlen_, a
Notary public, personally appeared _Fiona E. Arnold_
_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Colorado_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joanne L. Kit_ (Seal)

JOANNE L KITLEN
NOTARY
PUBLIC
STATE OF COLORADO

Approved as to Form:
Vail Resorts Legal Department
By: _____
Name: Andrew M. Hensler
Date: _____

APN # 1319-19-802-003
GRANT OF EASEMENT
EXHIBIT A

Stantec Consulting Inc.
6050 Skate Center Parkway Suite 100
Reno (NV 89511)
Tel. (775) 850-0777 Fax: (775) 850-0787
stantec.com



**Stantec**

February 2, 2010
Project No. 180401362
EXHIBIT "A"
Paiute Pipeline Company
Grant of Easement
APN: 1319-19-802-003

That portion of the Southeast 1/4 of Section 19, T13N, R19E, MDM, County of Douglas, State of Nevada, more particularly described as follows:

Commencing at the most northerly corner of Parcel B as shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, said point being North 54°15'35" West 1631.48 feet from the Southeast Corner of said Section 19, said point also being on a non-tangent curve to the right, concave southwesterly, with tangent bearing South 62°31'40" East and a radius of 370.00 feet;

Thence along the northerly line of said Parcel B and said curve, through a central angle of 16°07'29", an arc length of 104.13 feet to the true Point of Beginning;

Thence departing said northerly line North 3°23'24" East 31.17 feet to a point on a tangent curve to the left with radius of 64.00 feet;

Thence along said curve, through a central angle of 15°39'04", an arc length of 17.48 feet to a point on the easterly line of that parcel designated as Jack K. Sievers property as shown on that Record of Survey for Jack K. Sievers, recorded October 25, 1988 as Document No. 189309, Book 1088, Page 3233, Official Records of Douglas County, Nevada;

Thence along said property line the following six (6) courses:

    North 1°15'19" East 10.40 feet;

    North 39°54'41" West 50.00 feet;

    North 55°04'26" West 50.00 feet;

    North 76°13'26" West 50.00 feet;

North 87°06'41" West 111.98 feet;

North 3°00'59" East 26.05 feet to a point in a non-tangent curve to the right, concave southerly, with tangent bearing North 89°13'11" East and a radius of 640.00 feet;

Thence departing said property line, along said curve, through a central angle of 4°41'12", an arc length of 52.35 feet;

Thence South 86°05'37" East 32.42 feet to a point on a tangent curve to the right with radius of 457.73 feet;

Thence along said curve, through a central angle of 10°36'55", an arc length of 84.80 feet to a point on a compound curve to the right with a radius of 158.51 feet;

Thence along said curve, through a central angle of 33°58'55", an arc length of 94.01 feet to a point on a compound curve to the right with a radius of 104.00 feet;

Thence along said curve, through a central angle of 44°53'11", an arc length of 81.48 feet;

Thence South 3°23'24" West 48.61 feet to a point on a non-tangent curve to the right, concave westerly, with tangent bearing South 1°00'38" West and a radius of 175.00 feet;

Thence along said curve, through a central angle of 7°01'50", an arc length of 21.47 feet to a point on the northeasterly line of said Parcel B, said point being on a non-tangent curve to the left, concave southerly, with tangent bearing North 37°48'07" West and a radius of 370.00 feet;

Thence along said northeasterly line and said curve, through a central angle of 8°36'04", an arc length of 55.54 feet to the Point of Beginning.

Containing an area of 12,088 square feet of land, more or less.

BASIS OF BEARINGS: NAD 83 (94 HARN) Nevada State Plane Coordinate System, West Zone, Modified.

V:\51561\rh-AllUtilities\reports\STEL-PIPELINE_EASE_#12-033_DESC.doc

JAMES R.
BEDARD
Exp. 12/31/10
No. 17044
PROFESSIONAL LAND SURVEYOR STATE OF NEVADA

2/2/10

APN # 1319-19-802-003
GRANT OF EASEMENT
EXHIBIT B



GRAPHIC SCALE

1 INCH = 100 FEET

BASIS OF BEARINGS:
NEVADA STATE PLANE
COORDINATE SYSTEM,
WEST ZONE MODIFIED,
NAD 83 (94) HARN

AREA:
12,088 SQUARE
FEET OF LAND,
MORE OR LESS

Legend
POB        POINT OF BEGINNING
TANLBRG.   TANGENT BEARING
ROS        RECORD OF SURVEY MAP
PM         PARCEL MAP
           PROPERTY LINE
           EASEMENT LINE

Stantec Consulting
6980 Sierra Center Parkway, Suite 100
Reno NV U.S.A.
89511
Tel.  775.850.0777
Fax. 775.850.0757
www.stantec.com

JANUARY, 2010

Client/Project
PAIUTE PIPELINE COMPANY
2010 PAIUTE EXPANSION PROJECT
SOUTH TAHOE LOOP

Title
PIPELINE EASEMENT
EXHIBIT "B"

**EXHIBIT 2**
**GRANT OF EASEMENT**
**APN # 1319-00-002-026**

Recording Requested By/Return To:
Paiute Pipeline Company
P. O. Box 1190
Carson City, Nevada 89702-1190
Attn: Theresa Economy 24A-581

# GRANT OF EASEMENT

APN 1319-00-002-026

I (We), HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership, for and in
consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, receipt of
which is hereby acknowledged, the undersigned, hereinafter referred to as GRANTOR, does hereby
grant, convey, quitclaim and release unto PAIUTE PIPELINE COMPANY, a Nevada Corporation, its
successors and assigns hereinafter referred to as GRANTEE, a perpetual easement for the installation
of a natural gas pipeline *and maintenance of no more than two (2) pipelines together with necessary*
*appurtenances,* across, over, under and through the following described property, to wit:

SEE ATTACHED EXHIBITS (S) "A" AND "B"

GRANTEE shall have the right of ingress and egress to and from the said easement and the right to
use existing roads for the purpose of constructing, inspecting, repairing, and maintaining said
pipeline or pipelines and appurtenances and the removal or replacement of same, in whole or in
part, at will. GRANTEE shall, to the extent possible, utilize existing roads to access said easement.

Except in emergency circumstances, and to the extent practicable, GRANTEE will attempt to minimize
any impact to GRANTOR that may be associated with GRANTEE's work within the easement.

GRANTOR agrees that no buildings, structures, fences or trees shall be placed upon, over or under
said parcel of land, except for street, road or driveway purposes, which GRANTOR agrees shall not
interfere with GRANTEE'S exercise of the rights herein granted. GRANTEE agrees to work with due
care in the exercise of its rights on the property and to restore it to reasonably the same condition
which existed before the work was performed.

Except as provided above, GRANTEE agrees to pay all direct damages which are caused by the
GRANTEE's exercise of the rights herein granted.

The undersigned hereby affirms that there is no Social Security Number contained in this document
submitted for recording.

TO HAVE AND TO HOLD said easement unto GRANTEE, its successors and assigns, together with all rights granted hereby.

IN WITNESS WHEREOF, the duly authorized representative of the undersigned as executed this Grant of Easement this _22 nd_ of _February_ , 20_11_.

HEAVENLY VALLEY LIMITED PARTNERSHIP
by VA Heavenly E Inc., its General Partner

By: _Fiona E. Arnold_

Its: _Sr. Vice President, GC and Assistant Secretary_

**ACKNOWLEDGMENT**

STATE OF _Colorado_ ,

COUNTY OF _Broomfield_,

On _February 22, 2011_ , before me, _Joanne L. Kitlen_ a

Notary public, personally appeared _Fiona E. Arnold_

_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Colorado_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joanne L. Kilb_ (Seal)

JOANNE L KITLEN
NOTARY PUBLIC
STATE OF COLORADO

Approved as to Form
Vail Resorts Legal Department
By:
Name: Andrew M. Hensler
Date:

**APN # 1319-00-002-026**
**GRANT OF EASEMENT**
**EXHIBIT A**

Stantec Consulting Inc.
6980 Sierra Center Parkway Suite 100
Reno NV 89511
Tel: (775) 850-0777 Fax: (775) 850-0787
stantec.com



## Stantec

February 2, 2010
Project No. 180401362
EXHIBIT "A"
Paiute Pipeline Company
Grant of Easement
APN 1319-00-002-026

Those portions of the Southeast 1/4 of Section 19 and the Southwest 1/4 of Section 20, T13N, R19E, MDM, County of Douglas, State of Nevada, more particularly described as follows:

Commencing at the Southeast Corner of Parcel B, as shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, said point being North 89°18'19" West 313.73 feet from the Southeast Corner of said Section 19;

Thence departing said section line and along the east line of said Parcel B North 00°59'57" East 57.51 feet to the true Point of Beginning;

Thence continuing along said east line North 00°59'57" East 13.07 feet;

Thence departing said east line and along the southerly line of the property described in that Grant, Bargain, and Sale Deed recorded August 7, 2007 as Document No. 707121, Book 807, Page 2184 in the Official Records of Douglas County, Nevada, the following six (6) courses:

    South 83°52'59" East 179.46 feet;

    North 64°19'16" East 179.75 feet;

    North 40°17'01" East 229.35 feet;

    North 79°13'16" East 359.17 feet;

    South 83°41'59" East 178.18 feet;

    South 14°29'30" East 35.34 feet to a point on a non-tangent curve to the right, concave northerly, with tangent bearing North 79°52'27" West and a radius of 2954.76 feet;

Thence departing said southerly line and along said curve, through a central angle of 2°11'52", an arc length of 113.34 feet to a point on a reverse curve to the left with a radius of 350.00 feet;

Thence along said curve, through a central angle of 22°52'47", an arc length of 139.76 feet;

Thence South 79°26'38" West 256.46 feet to a point on a tangent curve to the left with a radius of 139.50 feet;

Thence along said curve, through a central angle of 39°20'11", an arc length of 95.77 feet;

Thence South 40°06'27" West 104.04 feet to a point on a tangent curve to the right with a radius of 629.70 feet;

Thence along said curve, through a central angle of 12°57'40", an arc length of 142.45 feet to a point on a compound curve to the right with a radius of 83.00 feet;

Thence along said curve, through a central angle of 24°08'07", an arc length of 34.96 feet;

Thence South 77°12'14" West 72.38 feet to a point on a tangent curve to the right with a radius of 73.00 feet;

Thence along said curve, through a central angle of 21°16'55", an arc length of 27.12 feet;

Thence North 81°30'51" West 128.80 feet to a point on a tangent curve to the left with a radius of 55.00 feet;

Thence along said curve, through a central angle of 18°37'11", an arc length of 17.87 feet to the point of beginning.

Containing an area of 17,266 square feet of land, more or less.

BASIS OF BEARINGS:  NAD 83 (94 HARN) Nevada State Plane Coordinate System, West Zone, Modified.

V:\SM2\ogah\all16401365\reports\TLL-PIPELINE_EASE_002-026_DESC.doc



2/2/10

APN # 1319-00-002-026
GRANT OF EASEMENT
EXHIBIT B



**EXHIBIT 3**
**GRANT OF EASEMENT**
**APN # 1319-19-702-001**

Recording Requested By/Return To:
Paiute Pipeline Company
P. O. Box 1190
Carson City, Nevada 89702-1190
Attn: Theresa Economy 24A-581

# GRANT OF EASEMENT

APN 1319-19-702-001

I (We), **HEAVENLY VALLEY, LIMITED PARTNERSHIP,** a Nevada Limited Partnership, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, hereinafter referred to as GRANTOR, does hereby grant, convey, quitclaim and release unto **PAIUTE PIPELINE COMPANY,** a Nevada Corporation, its successors and assigns hereinafter referred to as GRANTEE, a perpetual easement for the installation of a natural gas pipeline *and maintenance of no more than two (2)* pipelines *together with necessary* appurtenances, across, over, under and through the following described property, to wit:

**SEE ATTACHED EXHIBITS (S) "A" AND "B"**

GRANTEE shall have the right of ingress and egress to and from the said easement and the right to use existing roads for the purpose of constructing, inspecting, repairing, and maintaining said pipeline or pipelines and appurtenances and the removal or replacement of same, in whole or in part, at will. GRANTEE shall, to the extent possible, utilize existing roads to access said easement.

Except in emergency circumstances, and to the extent practicable, GRANTEE will attempt to minimize any impact to GRANTOR that may be associated with GRANTEE's work within the easement.

GRANTOR agrees that no buildings, structures, fences or trees shall be placed upon, over or under said parcel of land, except for street, road or driveway purposes, which GRANTOR agrees shall not interfere with GRANTEE'S exercise of the rights herein granted. GRANTEE agrees to work with due care in the exercise of its rights on the property and to restore it to reasonably the same condition which existed before the work was performed.

Except as provided above, GRANTEE agrees to pay all direct damages which are caused by the Grantee's exercise of the rights herein granted.

The undersigned hereby affirms that there is no Social Security Number contained in this document submitted for recording.

**TO HAVE AND TO HOLD** said easement unto GRANTEE, its successors and assigns, together with all rights granted hereby.

**IN WITNESS WHEREOF,** the duly authorized representative of the undersigned as executed this Grant of Easement this __22nd__ of __february__ , 20 _11_.

HEAVENLY VALLEY, LIMITED PARTNERSHIP
by VR Heavenly I, Inc, its general partner

By: _Fiona E. Arnold_

Its: _Sr. Vice President, GC and Assistant Secretary_

**ACKNOWLEDGMENT**

STATE OF _Colorado_

COUNTY OF _Broomfield_

On _February 22, 2011_ , before me, _Joanne L. Kitlen_ a Notary public, personally appeared _Fiona E. Arnold_ _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Colorado_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joanne L Kitlen_ (Seal)

[Notary seal: JOANNE L KITLEN / NOTARY PUBLIC / STATE OF COLORADO]

[Stamp: Approved as to Form / Vail Resorts Legal Department / By: _____ / Name: Andrew M. Hensler / Date: _____ ]

**APN # 1319-19-702-001**
**GRANT OF EASEMENT**
**EXHIBIT A**



Stantec Consulting Inc.
5960 Sierra Center Parkway Suite 100
Reno NV 89511
Tel (775) 850-0777 Fax (775) 850-0787
stantec.com

**Stantec**

February 2, 2010
Project No. 180401362
EXHIBIT "A"
Paiute Pipeline Company
Grant of Easement
APN: 1319-19-702-001

Those portions of the Southeast 1/4 of Section 19, T13N, R19E, MDM, County of Douglas, State of Nevada, more particularly described as follows:

Easement 1
Beginning at a point on the northeasterly line of Parcel B, shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, said point being North 71°04'05" West 939.54 feet from the Southeast Corner of said Section 19, said point also being on a curve to the right, concave northeasterly, with tangent bearing North 59°00'59" West and a radius of 625.00 feet;

Thence along said northeasterly line and along said curve, through a central angle of 8°20'32", an arc length of 91.00 feet;

Thence departing said northeasterly line North 28°44'43" West 197.85 feet to a point on said northeasterly line;

Thence along said northeasterly line the following two (2) courses:

North 57°44'42" East 5.87 feet;

North 32°15'18" West 168.90 feet;

Thence departing said northeasterly line South 52°44'03" East 73.72 feet to a point on a tangent curve to the right with a radius of 168.00 feet;

Thence along said curve, through a central angle of 23°59'20", an arc length of 70.34 feet;

Thence South 28°44'43" East 312.80 feet to the Point of Beginning.

Containing an area of 13,977 square feet of land, more or less.

**Easement 2**
Beginning at a point on the northeasterly line of said Parcel B, said point being North 57°02'38" West 1444.95 feet from the Southeast Corner of said Section 19;

Thence along said northeasterly line the following two (2) courses:

North 32°15'18" West 14.30 feet;

North 57°44'42" East 11.61 feet to a point on a non-tangent curve to the left, concave easterly, with tangent bearing South 8°25'33" West and a radius of 324.92 feet;

Thence departing said northeasterly line, along said curve, through a central angle of 3°14'54", an arc length of 18.42 feet to the Point of Beginning.

Containing an area of 81.39 square feet of land, more or less.

**BASIS OF BEARINGS:** NAD 83 (94 HARN) Nevada State Plane Coordinate System, West Zone, Modified.

V:\3184\Meds\1110411\Surveys\STILL-NITEL2CB_EASE_V22-001_DGSC.doc



JAMES R. BEDARD

Exp. 12/31/10

No. 17044

2/2/10

APN # 1319-19-702-001
GRANT OF EASEMENT
EXHIBIT A





**EXHIBIT 4**

CHAPMAN LAW FIRM, P.C.
Michael G. Chapman, Nevada Bar No. 1630
Erich N. Storm, Nevada Bar No. 4480
Agnes Hanley, Nevada Bar No. 11226
1100 Bridger Avenue
Las Vegas, NV 89101
Phone 702-382-1859
Fax 702-382-1894

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIUTE PIPELINE COMPANY, a Nevada corporation, | CASE NO:<br>3:10-cv-00661-LRH-WGC |
| Plaintiff, | |
| vs. | PARCEL NOS: |
| 358.95 ACRES OF LAND, MORE OR LESS, LOCATED IN DOUGLAS COUNTY, NEVADA, et al, | APN 1319-19-802-003<br>APN 1319-00-002-026 |
| Defendants. | APN 1319-19-702-001<br>APN 1319-19-802-006<br>APN 1319-19-802-001 |

## AMENDED FINAL ORDER OF CONDEMNATION REGARDING DOUGLAS COUNTY ASSESSOR PARCEL NUMBERS 1319-19-802-003, 1319-00-002-026, AND 1319-19-702-001

It satisfactorily appears to the Court from the records and files in this action as follows:

1.      A Judgment of Condemnation with respect to Defendants Harich Tahoe, Harich Tahoe Developments, Clover Valley Lumber Company, Placerville Lumber Company, Tahoe Village Inc., Lake Tahoe Land Company Inc., The Ridge Tahoe Property Owners Association, Douglas County Sewer Improvement District No. 1, Tahoe Village Owners' Association, and Unknown Owners was duly pronounced by this Court and entered on _____ _____, 2011, awarding Plaintiff Paiute Pipeline Company ("Paiute") the relief specified in the Complaint regarding Douglas County Assessor Parcel Numbers 1319-19-802-003, 1319-00-002-026, and 1319-19-702-001 ("subject properties").

2.      A Judgment of Condemnation and a Final Order of Condemnation with respect to Defendant Heavenly Valley Limited Partnership, the fee owner of the subject properties, was

1

previously entered by this Court on March 15, 2011 and April 26, 2011, respectively.  The Final Order of Condemnation was recorded with the Douglas County Recorder.  This Final Order of Condemnation is attached hereto as Exhibit 1.

3.    Paiute is entitled to an Amended Final Order of Condemnation in order to include Defendants Harich Tahoe, Harich Tahoe Developments, Clover Valley Lumber Company, Placerville Lumber Company, Tahoe Village Inc., Lake Tahoe Land Company Inc., The Ridge Tahoe Property Owners Association, Douglas County Sewer Improvement District No. 1, Tahoe Village Owners' Association, and Unknown Owners, who were identified as Defendants pursuant FRCP 71.1(c)(3).

4.    Therefore, it is hereby ordered that there shall be condemned to the Paiute the rights, title and interests in the real property described as follows:

> An easement on a portion of three parcels, totaling approximately 346.19 acres, located in Douglas County, Nevada, Assessor Parcel Numbers 1319-19-802-003, 1319-00-002-026, and 1319-19-702-001.  The property is more fully described in the Grants of Easement attached as Exhibit 2 (APN 1319-19-802-003), Exhibit 3 (APN 1319-00-002-026), and Exhibit 4 (APN 1319-19-702-001).

5.    Paiute, its successors and assigns, for use by them and their employees and contractors, hereby acquire a perpetual right and easement, the terms of which are contained in Exhibit 2, 3, and 4, and incorporated herein.

//

//

//

//

//

2

6.    IT IS FURTHER ORDERED that a copy of this Amended Final Order of Condemnation be recorded in the office of the County Recorder of Douglas County, Nevada, and thereupon title to the property rights hereinbefore described shall vest in Paiute.

Dated this ____ day of _____, 2011

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

_____
Agnes Hanley
Nevada Bar No. 11226
1100 Bridger Avenue
Las Vegas, NV 89101
Attorney for Paiute Pipeline Company

3