UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAIUTE PIPELINE COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>358.95 ACRES OF LAND, MORE OR LESS, LOCATED IN DOUGLAS COUNTY, NEVADA, et al,<br><br>Defendants. | CASE NO:<br>3:10-cv-00661-LRH-WGC<br><br>PARCEL NO:<br>APN 1319-19-802-006 |

**FINAL ORDER OF CONDEMNATION REGARDING DOUGLAS COUNTY ASSESSOR PARCEL NUMBER 1319-19-802-006**

It satisfactorily appears to the Court from the records and files in this action as follows:

1. A Judgment of Condemnation regarding Douglas County Assessor Parcel Number 1319-19-802-006 awarding compensation respecting the property and property rights of the Defendants and of condemnation of the property and property rights sought to be taken for public use in the amount of $24,000.00, was duly pronounced by this Court and entered on the 29th day of June, 2012.

2. On June 12, 2012, Paiute paid $24,000.00 as total just compensation for property interests acquired.

3. Paiute is entitled to a Final Order of Condemnation in the manner provided by Nevada Revised Statute 37.160.

4. Therefore, it is hereby ordered that there shall be condemned to Paiute the rights, title and interests in the real property described in Exhibit 1.

5. Paiute, its successors, and assigns, for use by them and their employees and contractors, hereby acquire three permanent easements on the Property, the terms and descriptions of which are contained in Exhibit 1 and incorporated herein.

6. IT IS FURTHER ORDERED that a copy of this Final Order of Condemnation be recorded in the office of the County Recorder of Douglas County, Nevada, and thereupon title to the property rights hereinbefore described shall vest in Paiute.

Dated this 29th day of June, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Exhibit 1

Stantec Consulting Inc.
6980 Sierra Center Parkway Suite 100
Reno NV 89511
Tel: (775) 850-0777 Fax: (775) 850-0787
stantec.com

Stantec

February 2, 2010
Project No. 180401362
**EXHIBIT "A"**
**Paiute Pipeline Company**
**Grant of Easement**
**APN 1319-19-802-006**

Those portions of the Southeast 1/4 of Section 19, T13N, R19E, MDM, County of Douglas, State of Nevada, more particularly described as follows:

Easement 1
Commencing at the most northerly corner of Parcel B as shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, from which the Southeast Corner of said Section 19 bears South 54°15'35" East 1631.48 feet, said point also being on a non-tangent curve to the right, concave southwesterly, with tangent bearing South 62°31'40" East and a radius of 370.00 feet;

Thence along the northeasterly line of said Parcel B and said 370.00 foot curve, through a central angle of 16°07'29", an arc length of 104.13 feet to the true Point of Beginning;

Thence continuing along said northeasterly line and said curve, from a tangent bearing South 46°24'11" East, through a central angle of 8°36'04", an arc length of 55.54 feet to a point on a non-tangent curve to the right, with tangent bearing South 8°02'28" West, and a radius of 175.00 feet;

Thence departing said northeasterly line, along said curve, through a central angle of 1°19'56", an arc length of 4.07 feet;

Thence South 9°22'24" West 38.32 feet to a point on a tangent curve to the left with a radius of 324.92 feet;

Thence along said curve, through a central angle of 0°56'51", an arc length of 5.37 feet to a point on the northeasterly line of said Parcel B;

Thence along said northeasterly line the following two (2) courses:

South 57°44'42" West 11.61 feet;

South 32°15'18" East 14.30 feet to a point on a non-tangent curve to the left, concave easterly, with tangent bearing South 5°10'39" West and a radius of 324.92 feet;

Thence departing said northeasterly line and along said curve, through a central angle of 5°44'52", an arc length of 32.60 feet to a point on a compound curve to the left with radius of 73.75 feet;

Thence along said curve, through a central angle of 22°04'10", an arc length of 28.41 feet;

Thence South 52°44'03" East 81.28 feet to a point on the northeasterly line of said Parcel B;

Thence along said northeasterly line the following two (2) courses:

    South 32°15'18" East 168.90 feet;

    South 57°44'42" West 5.87 feet;

Thence departing said northeasterly line North 28°44'43" West 33.29 feet to a point on a tangent curve to the left with a radius of 128.00 feet;

Thence along said curve, through a central angle of 23°59'20", an arc length of 53.59 feet;

Thence North 52°44'03" West 157.09 feet to a point on a tangent curve to the right with a radius of 32.00 feet;

Thence along said curve, through a central angle of 28°33'04", an arc length of 15.95 feet to a point on a compound curve to the right with a radius of 113.75 feet;

Thence along said curve, through a central angle of 23°36'46", an arc length of 46.88 feet to a point on a compound curve to the right with radius of 364.92 feet;

Thence along said curve, through a central angle of 9°56'37", an arc length of 63.33 feet;

Thence North 9°22'24" East 38.32 feet to a point on a tangent curve to the left with a radius of 135.00 feet;

Thence along said curve, through a central angle of 8°41'33", an arc length of 20.48 feet;

Thence North 3°23'24" East 18.33 feet to the Point of Beginning.

Containing an area of 12,283 square feet of land, more or less.

Easement 2
Commencing at Southeast Corner of Parcel B as shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, said point being North 89°18'19" West 313.73 feet from the Southeast Corner of said Section 19;

Thence along the south line of said Section 19, North 89°18'19" West 229.23 feet to the true Point of Beginning;

Thence continuing along said section line North 89°18'19" West 66.88 feet to a point on a non-tangent curve to the right, concave northeasterly, with tangent bearing North 52°14'19" West and a radius of 4633.20 feet;

Thence departing said section line and along said curve, through a central angle of 4°39'25", an arc length of 376.58 feet to a point on a non-tangent curve to the right, concave northeasterly, with tangent bearing North 47°47'52" West and a radius of 102.00 feet;

Thence along said curve, through a central angle of 19°03'09", an arc length of 33.92 feet;

Thence North 28°44'43" West 92.20 feet to a point on the northeasterly line of Parcel B as shown on said Parcel Map, said point being on a non-tangent curve to the left, concave northeasterly, with tangent bearing South 50°40'27" East and a radius of 625.00 feet;

Thence along said northeasterly line and said curve, through a central angle of 8°20'32", an arc length of 91.00 feet;

Thence departing said northeasterly line South 28°44'43" East 10.55 feet to a point on a tangent curve to the left with a radius of 62.00 feet;

Thence along said curve, through a central angle of 19°06'49", an arc length of 20.68 feet to a point on a non-tangent curve to the left, concave northeasterly, with tangent bearing South 47°34'50" East and a radius of 4593.20 feet;

Thence along said curve, through a central angle of 5°19'25", an arc length of 426.78 feet to the Point of Beginning.

Containing an area of 19,111 square feet of land, more or less.

<u>Easement 3</u>
Commencing at Southeast Corner of Parcel B, as shown on that Parcel Map for William Cole, recorded January 18, 1990 as Document No. 218503, Book 190, Page 2928, Official Records of Douglas County, Nevada, said point being North 89°18'19" West 313.73 feet from the Southeast Corner of said Section 19;

Thence departing said section line and along the east line of said Parcel B, North 00°59'57" East 57.51 feet to the true Point of Beginning, said point being on a non-tangent curve to the left, concave southeasterly, with tangent bearing South 79°51'58" West and a radius of 55.00 feet;

Thence departing said east line and along said curve, through a central angle of 18°02'13", an arc length of 17.31 feet;

Thence South 61°49'45" West 107.00 feet to a point on the south line of said Section 19;

Thence along said south line North 89°18'19" West 82.86 feet;

Thence departing said section line North 61°49'45" East 179.56 feet to a point on a tangent curve to the right with radius of 95.00 feet;

Thence along said curve, through a central angle of 11°56'39", an arc length of 19.80 feet to a point on the easterly line of said Parcel B;

Thence along the easterly line of said Parcel B the following two (2) courses:

South 35°27'33" East 29.47 feet;

South 00°59'57" West 13.07 feet to the Point of Beginning.

Containing an area of 6,588 square feet of land, more or less.

**BASIS OF BEARINGS:** NAD 83 (94 HARN) Nevada State Plane Coordinate System, West Zone, Modified.

V:\52804\active\180401362\report\STLL-PIPELINE_EASE_802-006_DESC.doc

PROFESSIONAL LAND SURVEYOR - STATE OF NEVADA
JAMES R.
BEDARD
Exp. 12/31/10
No. 17044

2/2/10

APN 1319-19-802-004
DAGGETT STATION
ROS 226195
NOT A PART
S54°15'35"E 19|20
1631.48' 30|29
Δ=08°36'04"
R=370.00'
L=55.54'
APN 1319-19-802-003
HEAVENLY VALLEY
DOC. 714969
NOT A PART
Δ=16°07'29"
R=370.00'
L=104.13'
TAN.BRG
S08°02'28"W
Δ=01°19'56"
R=175.00'
L=4.07'
TAN.BRG.
S46°24'11"E
POB
S09°22'24"W
38.32'
POINT OF
COMMENCEMENT
NORTHERLY CORNER
OF PARCEL B
PM 218503
TAN.BRG. S62°31'40"E
N03°23'24"E
18.33'
Δ=00°56'51"
R=324.92'
L=5.37'
APN 1319-19-702-001
HEAVENLY VALLEY
NOT A PART
Δ=08°41'33"
R=135.00'
L=20.48'
S57°44'42"W
11.61'
TAN.BRG.
S05°10'39"W
S32°15'18"E
14.30'
N
N09°22'24"E
38.32'
Δ=05°44'52"
R=324.92'
L=32.60'
BASIS OF BEARINGS:
NEVADA STATE PLANE
COORDINATE SYSTEM,
WEST ZONE MODIFIED,
NAD 83 (94) HARN
Δ=09°56'37"
R=364.92'
L=63.33'
Δ=22°04'10"
R=73.75'
L=28.41'
N52°44'03"W
157.09'
Δ=23°36'46"
R=113.75'
L=46.88'
Δ=28°33'04"
R=32.00'
L=15.95'
S52°44'03"E
81.28'
GRAPHIC SCALE
0 100' 150' 200'
1"=100'
1 INCH = 100 FEET
EASEMENT 1
S32°15'18"E
168.90'
APN 1319-19-802-006
COLE, WILLIAM
PM 218503
Δ=23°59'20"
R=128.00'
L=53.59'
S57°44'42"W
5.87'
AREA:
12,283 SQUARE
FEET OF LAND,
MORE OR LESS
N28°44'43"W
33.29'
V:\52804\active\180401362\drawing\EXHIBITS\So Tahoe Loop\PAIUTE_PIPELINE_EASE_802-006_-exhibits.dwg
2010-02-02 12:19PM By: ibedard
JANUARY, 2010
180401362
ORIGINAL SHEET - ANSI A
Stantec Consulting
6980 Sierra Center Parkway, Suite 100
Reno NV U.S.A.
89511
Tel. 775.850.0777
Fax. 775.850.0787
www.stantec.com
Stantec
Legend
POB POINT OF BEGINNING
TAN.BRG. TANGENT BEARING
ROS RECORD OF SURVEY MAP
PM PARCEL MAP
℄ PROPERTY LINE
EASEMENT LINE
Client/Project
PAIUTE PIPELINE COMPANY
2010 PAIUTE EXPANSION PROJECT
SOUTH TAHOE LOOP
Figure No.
1 OF 3
Title
PIPELINE EASEMENT 1
EXHIBIT "B"

APN 1319-19-802-006
COLE, WILLIAM
PARCEL B
PM 218503
TRAMWAY DR.
APN 1319-19-702-001
HEAVENLY VALLEY
NOT A PART
Δ=08°20'32"
R=625.00'
L=91.00'
S28°44'43"E 10.55'
TAN.BRG.
S50°40'27"E
Δ=19°06'49"
R=62.00'
L=20.68'
N28°44'43"W
92.20'
TAN.BRG.
S47°34'50"E
R/W WIDTH
VARIES
Δ=19°03'09"
R=102.00'
L=33.92'
EASEMENT 2
Δ=05°19'25"
R=4593.20'
L=426.78'
TAN.BRG.
N47°47'52"W
Δ=04°39'25"
R=4633.20'
L=376.58'
POB
TAN.BRG.
N52°14'19"W
N
APN 1319-19-802-006
COLE, WILLIAM
PARCEL B
PM 218503
N89°18'19"W
313.73'
19|20
30|29
BASIS OF BEARINGS:
NEVADA STATE PLANE
COORDINATE SYSTEM,
WEST ZONE MODIFIED,
NAD 83 (94) HARN
N89°18'19"W
66.88'
APN 1319-30-532-018
TAHOE VILLAGE
HOME OWNERS ASSOC.
NOT A PART
N89°18'19"W
229.23'
POINT OF
COMMENCEMENT
SE CORNER OF PARCEL B
PM 218503
AREA:
19,111 SQUARE
FEET OF LAND,
MORE OR LESS
GRAPHIC SCALE
0
200'
300'
400'
1"=200'
1 INCH = 200 FEET
V:\52804\active\180401362\drawing\EXHIBITS\So Tahoe Loop\PAIUTE_PIPELINE_EASE_802-006_-exhibits.dwg
2010-02-02 12:26PM By: ibedard
JANUARY, 2010
180401362
ORIGINAL SHEET - ANSI A
Stantec
Stantec Consulting
6980 Sierra Center Parkway, Suite 100
Reno NV U.S.A.
89511
Tel. 775.850.0777
Fax. 775.850.0787
www.stantec.com
Legend
POB POINT OF BEGINNING
TAN.BRG. TANGENT BEARING
PM PARCEL MAP
PROPERTY LINE
EASEMENT LINE
Client/Project
PAIUTE PIPELINE COMPANY
2010 PAIUTE EXPANSION PROJECT
SOUTH TAHOE LOOP
Figure No.
2 OF 3
Title
PIPELINE EASEMENT 2
EXHIBIT "B"

APN 1319-19-702-001
HEAVENLY VALLEY
NOT A PART
APN 1319-19-802-007
PURVANCE, CLINTON & SHAWNA
NOT A PART
APN 1319-19-802-006
COLE, WILLIAM
PM 218503
S35°27'33"E
29.47'
Δ=11°56'39"
R=95.00'
L=19.80'
EASEMENT 3
S00°59'57"W
13.07'
TAN.BRG.
S79°51'58"W
N61°49'45"E
179.56'
POB
N00°59'57"E
57.51'
19 | 20
30 | 29
N89°18'19"W
313.73'
N89°18'19"W
82.86'
S61°49'45"W
107.00'
POINT OF COMMENCEMENT
SE CORNER OF PARCEL B
PM 218503
APN 1319-30-532-018
TAHOE VILLAGE
HOME OWNERS ASSOC.
NOT A PART
Δ=18°02'13"
R=55.00'
L=17.31'
APN 1319-00-002-026
HEAVENLY VALLEY
NOT A PART
N
BASIS OF BEARINGS:
NEVADA STATE PLANE
COORDINATE SYSTEM,
WEST ZONE MODIFIED,
NAD 83 (94) HARN
AREA:
6,588 SQUARE
FEET OF LAND,
MORE OR LESS
GRAPHIC SCALE
0 100' 150' 200'
1"=100'
1 INCH = 100 FEET
V:\52804\active\180401362\drawing\EXHIBITS\So Tahoe Loop\PAIUTE_PIPELINE_EASE_802-006_-exhibits.dwg
2010-02-02 12:30PM By: ibedard
JANUARY, 2010
180401362
ORIGINAL SHEET - ANSI A
Stantec
Stantec Consulting
6980 Sierra Center Parkway, Suite 100
Reno NV U.S.A.
89511
Tel. 775.850.0777
Fax. 775.850.0787
www.stantec.com
Legend
POB POINT OF BEGINNING
TAN.BRG. TANGENT BEARING
PM PARCEL MAP
PROPERTY LINE
EASEMENT LINE
Client/Project
PAIUTE PIPELINE COMPANY
2010 PAIUTE EXPANSION PROJECT
SOUTH TAHOE LOOP
Figure No.
3 OF 3
Title
PIPELINE EASEMENT 3
EXHIBIT "B"